452 A.2d 1095

Hutchinson, Appellants v. Canada Life Assurance Co. et al.

618

 Argued November 12, 1980. Samuel J. Goldstein, for appellants; Samuel Avins, for appellees.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Decree affirmed.